IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LEE ANTHONY LOGGINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. CIV-21-0236-HE |
| ) | |
| MICHAEL BOWLING, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff Lee Anthony Loggins, a state prisoner appearing *pro se* and *in forma pauperis*, filed this case alleging defendants violated his constitutional rights. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Gary M. Purcell for initial proceedings. After reviewing plaintiff's amended complaint, Judge Purcell issued a Report and Recommendation recommending that the claims be dismissed.

Plaintiff has objected to the Report, which triggers *de novo* review of the matters to which objection has been made.[1] However, nothing in plaintiff's objection addresses in an understandable fashion the various rationales relied on by Judge Purcell in making his recommendation that the claims be dismissed.

Accordingly, for substantially the reasons set forth in the Report and Recommendation, the Report and Recommendation is **ADOPTED**. Plaintiff's claims

---

[1] *Plaintiff also filed a second amended complaint [Doc. #25] which adds approximately 70 additional pages to his 80-page amended complaint, but little in the way of substance. The second amended complaint also does not address the deficiencies identified in the Report and Recommendation and will be stricken for failure to comply with Fed.R.Civ.P. 15(a)(2).*

against Bowling, Witterhold, Crowe & Dunlevy, Spanich, Moore, Redman, Miskel, Henry, McNeil, Lon Darley, and Janice Darley are **DISMISSED** with prejudice. Plaintiff's remaining claims are **DISMISSED** without prejudice.

    **IT IS SO ORDERED**.

    Dated this 7th day of September, 2021.

_____<br>
JOE HEATON<br>
UNITED STATES DISTRICT JUDGE